(Before making out this report ... latest Bureau of Navigation circular letter on the subject of fitness reports)

NOV 20 1942

The following four questions to be made out by the officer reported on:

BERGSTROM, Edward W. , Rank Lieutenant A-V(N), U.S.N.
(Surname first)

Ship or Station  PATROL SQUADRON FORTY-TWO   Period from 4-22-42 to 10-14-42
(Ship aviation units enter ship to which attached)

1. Regular duties  Naval Aviator, Patrol Plane Commander; Assistant Squadron Gunnery Officer (4), Squadron Gunnery Officer (2).

   Additional duties _____
   (State watch duties, both deck and engineering. After each duty insert in parenthesis number of months this reporting period)

2. Present address of { wife (if married) _____
   next of kin (if unmarried) Mr J.E. Bergstrom Y.M.C.A. Duluth, Minnesota
   (Indicate above the best address at which the Bureau of Navigation may communicate with the wife or next of kin in an emergency. The above address does not relate to the usual residence (home) which is maintained in the Bureau. See Art. 155(2), U.S.N.R., 1920.)

3. Proficiency in foreign languages, stating which ones, and ability therein  none

4. My preference for next duty is—

   (a) Sea  CANAL ZONE   Fleet  Patrol Squadron
   (b) Shore  Training Station   Location  Jacksonville, Florida.

   Edward W. Bergstrom
   EDWARD W. BERGSTROM
   (Signature)

Following to be made out by Reporting Officer:

5. Reporting Officer: Name  JAMES S. RUSSELL , Rank  Commander , U.S.N.

6. Reporting officer's official status relative to officer reported on  Commander Patrol Squadron FORTY-TWO.

7. Employment of ship during period of this report  Searches, anti-submarine patrols, bombing and torpedo missions from regular and advanced bases Alaskan-Aleutian area.

8. Assign marks on scale of 0-4 in appropriate subdivisions given below, and any other qualification on which observation has been sufficient to justify marking.
   (Staff officers to be marked with respect to required duties. Mark below 2.5 constitutes an unsatisfactory report)

   Present assignment  3.9   Ability to command  3.8   As executive or division officer  3.9   As deck watch officer _____

   In administration  3.8   Ship handling  4.0 (H.T.A.)

9. Has the work of this officer been reported on either in a commendatory way or adversely during the period of this report? If so, state the subject, reference numbers, and substance of report. Clip copy to report. Comply with U.S. Navy Regulations, article 187 (11) with respect to commendatory reports. Any adverse comment constitutes an unsatisfactory report.

   YES. Recommended by Compatwing FOUR in Conf. letter P15 Serial 0266 dated 7-19-42 to President, Board of Awards, Pacific Fleet for the Navy Cross. Copies of the referenced letter forwarded under separate cover.

10. Considering the possible requirements in war, indicate your attitude toward having this officer under your command. Would you—
    (An affirmative entry in item (4) constitutes an unsatisfactory report)

EXHIBIT # 3

| | | | | |
|---|---|---|---|---|
| (structive thinking resourcefulness; ability and intelligence to act on own responsibility.) | without waiting to be told and instructed. | sponsibility. | ...own sibility. | and supervision in his work, or evades responsibilities. |
| **Force** (With reference to moral power possessed and exerted in producing results.) | Strong, dynamic. ✓ | Strong. | Effectual under normal and routine circumstances. | Less than normal. |
| **Leadership** (With reference to the faculty of directing, controlling, and influencing others in definite lines of action.) | Inspires others to a high degree by precept and example. ✓ | A very good leader. | Leads fairly well. | A poor leader. |
| **Moral Courage** (With reference to that mental quality which impels one to carry out the dictates of his conscience and convictions fearlessly.) | Exceptionally courageous. ✓ | Courageous to a high degree. | Fairly courageous. | Timid. |
| **Cooperation** (With reference to the faculty of working harmoniously with others toward the accomplishment of common duties.) | Exceptionally successful in working with others to a common end. ✓ | Works in harmony with others. | Cooperates fairly well. | Not cooperative. |
| **Loyalty** (Fidelity, faithfulness, allegiance, constancy — all with reference to a cause and to higher authority.) | Unswerving in allegiance; frank and honest in aiding and advising. ✓ | A high sense of loyalty. | Reasonably faithful in the execution of his duty. | Inclined to be disloyal. |
| **Perseverance** (With reference to maintenance of purpose or undertaking in spite of obstacles or discouragement.) | Determined, resolute. ✓ | Constant in purpose. | Fairly steady. | Inclined to vacillate. |
| **Reactions in emergencies** (With reference to the faculty of acting instinctively in a logical manner in difficult and unforeseen situations.) | Exceptionally cool-headed and logical in his actions under all conditions. ✓ | Composed and logical in his actions in difficult situations. | Fairly logical in his actions in general. | Inclined to be disconcerted. |
| **Endurance** (With reference to ability for carrying on under any and all conditions.) | Capable of standing an exceptional amount of physical hardships and strain. ✓ | Can perform well his duties under trying conditions. | Of normal endurance. | Less than normal. |
| **Industry** (With reference to performance of duties in an energetic manner.) | Extremely energetic and industrious. ✓ | Thorough and energetic. | Reasonably energetic and industrious. | Indolent; lazy. |
| **Military bearing and neatness of person and dress** (With reference to dignity of demeanor, correctness of uniform, and smartness of appearance.) | Exceptional. ✓ | Very good. | Fair. | Unmilitary and untidy. |

A CHECK TO RIGHT OF THIS LINE CONSTITUTES AN UNSATISFACTORY

13. In comparison with other officers of his rank and approximate length of service, how would you designate this officer? Outstanding ✓ _____ Above average _____ Average _____ Below average _____

## REMARKS

14. Is this officer professionally qualified to perform ALL the duties of his grade? Yes ✓ No _____ If deficient in any particular, comment is required. Give in this space a clear, concise estimate of this officer's personal and military character, his fitness for promotion, and duty performed worthy of special mention, and any information which might be of value to the Department in making assignments to duty. A check opposite "No," except for inexperienced Ensigns, or a statement that performance of duty is clearly unsatisfactory constitutes an unsatisfactory report. A statement of minor deficiencies either in character or performance of duties constitutes an unfavorable report. (THIS SPACE IS NOT TO BE LEFT BLANK.)

Lieutenant Bergstrom came to the squadron with previous war experience in the Philippines, Java and Australia. The information which he has been able to pass on to the squadron as well as the example he has set by his officer-like qualities has been most helpful. During the period of this report he has performed difficult flight missions with great credit, and, recently, as officer in charge of two difficult advanced base units of the squadron, he has demonstrated an exceptional administrative ability. This officer is strongly recommended for the regular Navy. He is most worthy of promotion when due. His services would be particularly valuable in the Wing Headquarters Squadron.

15. An *unsatisfactory* report must have statement of officer reported on attached; an *unfavorable* report requires that officer reported on has been informed of his deficiencies either verbally or in writing. Has this been done? _____ What improvement, if any, has been noted?

**EXHIBIT # 3**