THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON STATE

| | |
|---|---|
| ROBERT BERGSTROM, ) | |
| *AND* THOMAS BERGSTROM ) | |
| *HEIRS REPRESENTING DECEASED* ) | |
| *NAVY CAPT.* EDWARD BERGSTROM ) | |
|                 Plaintiff, ) | |
| v. ) | Case. No.  21-CV-00055 |
| THE UNITED STATES NAVY ) | |
| SECRETARY KENNETH BRAITHWAITE, ) | |
| THE DEPARTMENT OF DEFENSE, ) | |
| THE UNITED STATES OF AMERICA, ) | |
|                 Defendants. ) | |
| ) | |

## **COURT ORDER**

1.    Defendants shall award Plaintiff Edward Bergstrom a posthumous Navy Cross as

Court Order No. 21-CV-0005                      1

originally recommended and supported by facts in the complaint, consistent with Counts I, II, V and/or IV and Prayer Requests A-G.                    Approve/Deny_____

Court Ruling: _____

    2.    Defendants shall award Plaintiff Edward Bergstrom a posthumous Navy Cross or appropriate award for heroics demonstrated and supported by facts in the complaint, consistent with Counts II, V, VI, and/or VII and Prayer Requests A-G.     Approve /Deny_____

Court Ruling: _____

    3.    Defendants shall award Plaintiff Edward Bergstrom a posthumous Navy Cross or appropriate award for heroics demonstrated and supported by facts in the complaint, consistent with Counts III and/or VI, and Prayer Requests D-G.     Approve /Deny_____

Court Ruling: _____

    4.    Defendants shall award Plaintiffs legal costs and fees consistent with Counts VIII and IV of $10,000 or as this Court deems just per Prayer H.     Approve /Deny_____

Court Ruling: _____

    5.    This Court Rules additionally: _____

_____

Dated this ___ day of _____, 2021

_____

UNITED STATES DISTRICT JUDGE _____