The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BERGSTROM AND THOMAS BERGSTROM, heirs representing deceased Navy Capt. EDWARD BERGSTROM,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNTED STATES OF AMERICA, THE DEPARTMENT OF DEFENSE, THOMAS W. HARKER, Acting Secretary of the Navy[1],<br><br>Defendants. | Case No. 2:21-cv-00055 MJP<br><br>JOINT STATUS REPORT |

The parties submit this Joint Status Report and Discovery Plan as required by the Court's Order Regarding FRCP 26(f) Conference, Initial Disclosures, Joint Status Report.

**1.      Statement of the Nature and Complexity of the Case.**

Plaintiffs bring claims under the Administrative Procedure Act ("APA"), the Tucker Act, and the 14th Amendment to the U.S. Constitution.  This case is not complex.

Plaintiff states that the relief sought is the award of documented earned World War II combat medals, to wit: A) the original written recommended Navy Cross award for cited actions in the 1942 Aleutian Campaign, and B) a second Navy Cross for previously unrecognized

---

[1] As of January 20, 2021, Thomas W. Harker became Acting Secretary of the Navy and is automatically substituted for Defendant Kenneth J. Braithwaite under Fed. R. Civ. P. 25(d).

JOINT STATUS REPORT
21-cv-00055 MJP
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1   documented specific actions in deterring likely enemy submarine attack on the *USS U.S. Grant*
2   the result likely total loss of crew and ship, in June 1942, and C) a Distinguished Flying Cross
3   for documented actions in December 1941 in saving his crew and airplane from loss having been
4   shot down, and D) the Medal of Honor for documented actions in January 1942 by rescuing his
5   vulnerable moored aircraft and crew from loss in Ambon Harbor by flying to safety while enemy
6   ambush destroyed other moored aircraft, and E) $10,000 damages.

**2.    Proposed Deadline for Joining Additional Parties.**

July 19, 2021.

**3.    Magistrate Judge.**

The parties do not consent to a Magistrate Judge.

**4.    Discovery Plan.**

It is defendants' position that this case should proceed only under the APA because the other two claims are frivolous. Because this is a case under the APA, discovery is not warranted and this case is exempt from the requirement to provide initial disclosures. Plaintiffs seek relief under one or multiple theories as presented in the Complaint.

Plaintiffs are not aware of any need for discovery at this time, do not need discovery, and will not seek it absent new material facts. Plaintiffs request any possible discoverable information be preserved.

**5.    The Parties' Views on LCR 26(f)(1)**

   **(A)    Prompt Case Resolution, Suggestions to Shorten or Simply Case.**

Plaintiffs' Statement: Upholding duties for judicial and economic efficiency, the claims and controversies can be resolved through stipulations of fact and negotiated agreements. Plaintiffs provided proposed stipulations to Defendants. The parties will explore options.

Defendants' Statement: there is no need for stipulations of fact at this time. Plaintiffs have filed a 52-page Complaint with exhibits. The factual allegations to which plaintiffs wanted defendants to respond should be in the Complaint, not in a separate "stipulation of fact." The APA claim can be resolved on cross motions for summary judgment, and the parties will propose

JOINT STATUS REPORT
21-cv-00055 MJP
PAGE- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

a briefing schedule for that to resolve the APA claim.

  **(B)**  **Alternative Dispute Resolution.**

The parties are open to alternative dispute resolution and will discuss engaging in ADR if this case does not resolve through stipulations, negotiations, and/or dispositive motions.

  **(C)**  **Related Cases.**

There are no related cases.

  **(D)**  **Discovery Management**

As set forth above, absent material changes, there will be no discovery in this case.

  **(E)**  **Anticipated Discovery Sought**

There will be no discovery in this case, absent material changes.

  **(F)**  **Phasing of Motions.**

Defendants will file a motion to dismiss regarding at least some of the claims. Plaintiffs state their belief the parties anticipate that after that motion is resolved, the parties will agree to stipulations of facts, settlement then if necessary cross motions for summary judgment for any remaining claim(s).

  **(G)**  **Preservation of discoverable information.**

The parties will preserve discoverable information.

  **(H)**  **Privilege Issues**

The parties do not anticipate any issues regarding privilege in this case.

  **(I)**  **Model Protocol for Discovery of ESI.**

There will be no discovery in this case, absent material changes.

  **(J)**  **Alternatives to the Model Protocol.**

There will be no discovery in this case, absent material changes.

**6.**  **Close of Discovery**

There will be no discovery in this case, absent material changes.

**7.**  **Bifurcation.**

This case should be resolved with dispositive motions.

JOINT STATUS REPORT
21-cv-00055 MJP
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**8.     Pretrial Statements.**

This case should be resolved with dispositive motions.

**9.     Suggestions for shortening the case.**

This case should be resolved with dispositive motions.

**10.    Trial Date.**

This case should be resolved with dispositive motions.

**11.    Whether the trial will be a jury or non-jury.**

N/A

**12.    Number of Days for Trial.**

N/A

**13.    Names, Addresses, and Telephone Numbers of all Trial Counsel.**

Plaintiff's Counsel:

Ryan Sweet, WSBA #48863
Law Firm of Ryan Sweet, PLLC
P.O. Box 4784
Spanaway, WA 98387
(253)-642-7447
rsweetlaw@gmail.com


Defendants' Counsel:

Sarah K. Morehead, WSBA #29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov


**14.    Trial Date Conflicts**

This case should be resolved with stipulations, settlement, dispositive motions, or ADR.

**15.    Service**

All Defendants have been served.

JOINT STATUS REPORT
21-cv-00055 MJP
PAGE- 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1   Plaintiffs' statement: Plaintiffs served the "General Counsel Service of Process" at the "Department of Justice" at the U.S. Attorney General's publically listed address, at "950 Pennsylvania Ave. NW, Washington DC, 20530-0001," along with the U.S. Navy and Navy Secretary, and Department of Defense on/about March 22, 2021 at their respective addresses. Plaintiffs served the U.S. Attorney for the Western District of Washington State on June 1, 2021. The parties disagree on whether service was completed on 22 March or 1 June.

Defendants' statement: Plaintiffs did not serve the U.S. Attorney's Office for the Western District of Washington as required by Fed. R. Civ. P. 4(i) until June 1, 2021.

**16.   Discovery Conference**

The parties are not requesting a conference with the Court at this time.

**17.   Dates of Corporate Disclosure Statements.**

N/A

DATED this 15th day of June, 2021.

Submitted by:

TESSA M. GORMAN
Acting United States Attorney

*s/ Sarah K. Morehead*
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street
Seattle, WA 98101
Phone: 206-553-7970
E-mail: sarah.morehead@usdoj.gov

*Attorney for Defendants*

LAW FIRM OF RYAN SWEET, PLLC

*s/  Ryan L Sweet*
Ryan L Sweet, WSBA #48863
P.O. Box 4784

JOINT STATUS REPORT
21-cv-00055 MJP
PAGE- 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Spanaway, WA 98387
Phone: (253)-642-7447
rsweetlaw@gmail.com

*Attorney for Plaintiffs*

JOINT STATUS REPORT
21-cv-00055 MJP
PAGE- 6

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970