UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BERGSTROM, et al., | CASE NO. C21-55 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES NAVY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Parties have represented that this case should be decided by dispositive motion without discovery.  (See Dkt. No. 16.)  There are no summary judgment motions pending.  The Parties are directed to file a joint status report within 10 days with a proposed briefing schedule for determining the issues in this case.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 5, 2021.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2